CHAPTER 13 PLAN (INDIVIDUAL ADJUSTMENT OF DEBTS)

| | | |
|---|---|---|
| **Debtor:** | Kiana LaShay Hall | **SS#** XXX-XX-1435 |
| **CoDebtor:** | | **SS#** XXX-XX- |
| **Address:** | 4537 Sweet Whisper Lane | |
| | Memphis, TN 38125 | |

**First Payment Date:**       Within 30 days

**Plan Payment:**       Debtor(s) to pay       $ 888.00 every two weeks

**Payroll Deduction:**       T-Mobile USA Inc
                            12920 SE 38th Street
                            Bellevue, WA 98006

( ) Direct pay because:

**Administrative:** Pay filing fees, Trustee fee, and Debtor's Attorney fee, pursuant to Court Order.

**AUTO INSURANCE:**      (X) Not included in plan   ( ) Included in plan

**CHILD SUPPORT:** Future support through plan to:                                  **MONTHLY PYMT**
                                                                                   $
                                                                                   $

             Child support arrearage:
                                                                                   $
                                                                                   $

**PRIORITY CREDITORS:**   Internal Revenue Service ($2,032.00)                       $ 35.00
                                                                                   $

**HOME MORTGAGE:**           If no arrearage, ongoing payments are to be paid directly by the Debtor(s). Otherwise, the
                             Chapter 13 Trustee shall serve as the disbursing agent.

| | | | | |
|---|---|---|---|---|
| The Money Source | ongoing payment begin | July , 2016 | $ 827.00 |
| Approximate arrearage | $ 11,000.00 ; interest | 0 % | $ 184.00 |
| | ongoing payment begin | , 2016 | $ |
| Approximate arrearage | $ ; interest | % | $ |
| | ongoing payment begin | , 2016 | $ |
| Approximate arrearage | $ ; interest | % | $ |

**SECURED CREDITORS:** Retain lien 11 U.S.C. 1325(a)(5). Adequate protection will be ¼ (25%) of proposed creditor monthly payment.

| NAME OF CREDITOR | VALUE COLLATERAL | INT RATE | MONTHLY PYMT |
|---|---|---|---|
| | $ | % | $ |
| Chase Auto Finance (2016 Ford Mustang) | $ 26,724.00 | 5 % | $ 511.00 |
| | $ | % | $ |
| | $ | % | $ |
| | $ | % | $ |
| | $ | % | $ |
| | $ | % | $ |
| | $ | % | $ |
| | $ | % | $ |
| | $ | % | $ |
| | $ | % | $ |
| | $ | % | $ |
| | $ | % | $ |
| | $ | % | $ |

**ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED DEBTS.**
**GENERAL UNSECURED CREDITORS** will receive **TBD**%
**ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT: $ 87,254.00   .**
**TERMINATION:** Plan shall terminate upon payment of the above, approximately **60** months.
**FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF PLAN**